# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

    **-vs-**

**EMILIO JARA BARRERA,**
**MARTIN CARDENAS,**
**ALCARIO RENEE CRUZ and,**
**JOSE RAMON ZAVALA-URBINA,**

        Defendants.

**Case No. 06-CR-226**

## ORDER

The Court has reviewed Magistrate Judge Patricia J. Gorence's Recommendation to this Court denying the defendant Martin Cardenas'("Cardenas") motion to suppress statements. The Court adopts the Magistrate Judge's Recommendation *in toto*.

Cardenas' motion to suppress is **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2006.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**